*Guy Hendrix v. The Kroger Co.*
*State Court of Cobb County, State of Georgia*
*Civil Action File No. 22-A-568*

*Guy Hendrix v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number:  TBA (Removal # 1:22-mi-99999)*

# EXHIBIT A:  NOTICE OF REMOVAL

ALL PLEDINGS FILED IN THE STATE
COURT OF COBB COUNTY, GEORGIA

ID# E-BMVUEW4J-LT3
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☑ State Court of _Cobb_ County

**22-A-568**

FEB 18, 2022 09:51 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| For Clerk Use Only | |
|---|---|
| Date Filed 02-18-2022 | Case Number 22-A-568 |
| MM-DD-YYYY | |

**Plaintiff(s)**

Hendrix, Guy
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Defendant(s)**

The Kroger Co
Last    First    Middle I.    Suffix    Prefix

Doe, John
Last    First    Middle I.    Suffix    Prefix

ABC Company
Last    First    Middle I.    Suffix    Prefix

Last    First    Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _____    **Bar Number** _____    **Self-Represented** ☑

**Check one case type and, if applicable, one sub-type in one box.**

| General Civil Cases | |
|---|---|
| ☐ | Automobile Tort |
| ☐ | Civil Appeal |
| ☐ | Contract |
| ☐ | Contempt/Modification/Other Post-Judgment |
| ☐ | Garnishment |
| ☑ | General Tort |
| ☐ | Habeas Corpus |
| ☐ | Injunction/Mandamus/Other Writ |
| ☐ | Landlord/Tenant |
| ☐ | Medical Malpractice Tort |
| ☐ | Product Liability Tort |
| ☐ | Real Property |
| ☐ | Restraining Petition |
| ☐ | Other General Civil |

| Domestic Relations Cases | |
|---|---|
| ☐ | Adoption |
| ☐ | Contempt |
|   | ☐ Non-payment of child support, medical support, or alimony |
| ☐ | Dissolution/Divorce/Separate Maintenance/Alimony |
| ☐ | Family Violence Petition |
| ☐ | Modification |
|   | ☐ Custody/Parenting Time/Visitation |
| ☐ | Paternity/Legitimation |
| ☐ | Support – IV-D |
| ☐ | Support – Private (non-IV-D) |
| ☐ | Other Domestic Relations |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number              Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20



ID# E-BMVUEW4J-ELC
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**22-A-568**
FEB 18, 2022 09:51 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GUY HENDRIX, | |
| Plaintiff(s), | CIVIL ACTION FILE NUMBER: |
| vs. | 22-A-568 |
| THE KROGER CO, JOHN DOE, AND ABC COMPANY, | |
| Defendants | **JURY TRIAL DEMANDED** |

## COMPLAINT FOR DAMAGES

### COMPLAINT

**COMES NOW** Guy Hendrix, Plaintiff(s), and makes and files this Complaint against Defendants The Kroger CO, John Doe, and ABC Company as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff Guy Hendrix resides in Forsyth County and is subject to the jurisdiction of this court.

2.

Defendant The Kroger Co. is a Foreign Profit Corporation existing under the laws Ohio with its principal place of business at 1014 Vine Street, Tax Dept GO 7, Cincinnati, Ohio, 45202 and may be served through its registered agent CSC of Cobb County Inc. at 192 Anderson Street Southeast, Suite 125, Marietta, Georgia 30060 and is subject to the jurisdiction of this court.

3.

John Doe(s) is/are the unknown and unidentified individual(s) who is/are responsible for Plaintiff's injuries and damages.

4.

ABC Company is the unknown and unidentified entity who is responsible for Plaintiff's injuries and damages.

5.

Jurisdiction and venue are proper in this court.

In the State Court of Cobb County, Georgia
Civil Action File Number: 22-A-568
Guy Hendrix vs. The Kroger CO, John Doe, and ABC Company



## BACKGROUND

6.

On 05/10/2020, Plaintiff was invitee at Cruse Crossing Kroger, Store #440, located at 950 Herrington Road, inside the city of Lawrenceville, Gwinnett County Georgia 30044.

7.

Plaintiff was walking down a grocery aisle when he slipped and fell near a puddle of liquid.

8.

There were no cones or other warnings in the area of the incident at the time of the fall.

9.

Defendants had exclusive ownership, possession and control over Cruse Crossing Kroger, Store #440, located at 950 Herrington Road at the times relevant to this litigation.

10.

As a result of Plaintiff's fall, she suffered injuries to his foot, left ear, left side of his head, left arm, left elbow, left knee, low back, and other body parts.

## COUNT I
## PREMISES LIABILITY

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

12.

Plaintiff was an invitee on the premises at the time of the fall.

13.

Defendants owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

14.

Defendants were negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazardous condition and/or hazard from the floor, in failing to take adequate measures to protect invitees from hazard and/or substances on the floor and in failing to keep the premises safe for invitees.

15.

Defendants knew or should have known that hazardous condition poses a danger to invitees on the premises and should have changed, altered, removed or warned invitees about hazardous condition to avoid injuries to Plaintiff on the premises.

In the State Court of Cobb County, Georgia
Civil Action File Number: 22-A-568
Guy Hendrix vs. The Kroger CO, John Doe, and ABC Company

16.

Plaintiff did not know and could not reasonably have learned of the danger poses by the hazardous condition.

17.

Defendants' negligence was the sole and proximate cause of Plaintiff's injuries.

18.

Plaintiff's medical specials total to an amount not less than $19,520.34

## COUNT II
## VICARIOUS LIABILITY

19.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 18 above as if fully restated.

20.

At all times relevant to this action, the individuals responsible for inspecting, cleaning, and maintaining the area where Plaintiff fell were employed by Defendants and were acting within the scope of their employment.

21.

Defendants are responsible for conduct of its/their employee(s) under the doctrine of *respondeat superior*, agency or apparent agency.

22.

Defendants' negligence was the sole and proximate cause of Plaintiff's injuries.

## COUNT III
## NEGLIGENT TRAINING AND SUPERVISION

23.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 24 above as if fully restated.

24.

Defendants were negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning, and maintaining the premises.

25.

Defendants were negligent in training and supervising its staff.

In the State Court of Cobb County, Georgia
Civil Action File Number: 22-A-568
Guy Hendrix vs. The Kroger CO, John Doe, and ABC Company

26.

As a result of Defendants' negligence in training and supervising its employee(s), Plaintiff was injured on the premises.

## COUNT IV
## PUNITIVE DAMAGES

27.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 26 above as if fully restated.

28.

Defendant's actions constitute willful misconduct, malice, fraud, oppression, wantonness and an either want of care raising the presumption of conscience indifference to the consequences. Accordingly, Plaintiff is entitled to recover punitive damages from defendants, as determined by the enlightened conscience of the jury.

## COUNT V
## ATTORNEY FEE AND COSTS OF LITIGATION

29.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 28 above as if fully restated.

30.

Plaintiff is entitled to recover attorney fees and costs of litigation.

31.

Plaintiff is entitled to recover attorney fees and costs of litigation in accordance with O.C.G.A. § 9-15-14.

32.

Defendants has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense, thereby entitling the Plaintiff to an award of attorneys' fees and expenses of litigation under the Civil Code of Georgia. Therefore, Plaintiff is entitled to recover attorney fees and costs of litigation in accordance with O.C.G.A. § 13-6-11.

33.

Plaintiff is entitled to recover necessary expenses in accordance with O.C.G.A. § 51-12-7.

## RESERVATION OF RIGHT

Plaintiff reserves the right to amend the complaint and add more claims as he/she deems appropriate, necessary, or proper prior to trial.

**WHEREFORE**, Plaintiff prays that he/she have a trial on all issues and judgement against defendants as follows:

In the State Court of Cobb County, Georgia
Civil Action File Number: 22-A-568
Guy Hendrix vs. The Kroger CO, John Doe, and ABC Company

a) That Plaintiff recover the full value of past, present, and future medical expenses in an amount to be proven at trial;
b) That Plaintiff recover the full value of past, present, and future lost wages in an amount to be proven at trial;
c) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;
d) That Plaintiff recover full value of all properties damaged as a result of the incident in an amount to be proven at trial;
e) That Plaintiff recover all incidental and consequential damages as a result of the incident;
f) That Plaintiff recover punitive damages in an amount to be determined by the enlightened conscience of the jury;
g) That Plaintiff recover attorney fees and costs of litigation;
h) That Plaintiff recover pre-judgement and post-judgement interest;
i) That Plaintiff recover such other and further relief as is just and proper; and
j) That all issues to be tried before a twelve-person jury panel (with at least one alternate juror).

This 18 day of February, 2022

**Samuel Johnson and Associates**

/s/ Samuel Johnson
Samuel S Johnson
Georgia Bar Number: 701652
*Attorney for Plaintiff(s)*

12600 Deerfield Parkway, Suite 425
Alpharetta, Georgia 30004
Phone: (404) 666-LAWS
Fax: (404) 891-9334
*Notice: electronic service is not accepted.*

In the State Court of Cobb County, Georgia
Civil Action File Number: 22-A-568
Guy Hendrix vs. The Kroger CO, John Doe, and ABC Company

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-568

$198.00 COST PAID

Hendrix, Guy

**PLAINTIFF**

VS.

The Kroger Co
Doe, John
ABC Company

**DEFENDANTS**

## SUMMONS

TO: THE KROGER CO

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Mohammadbagher Motevallialamoti**

**12600 Deerfield Parkway**
**Alpharetta, Georgia 30004**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 21st day of February, 2022.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-568

$198.00 COST PAID

Hendrix, Guy

**PLAINTIFF**

VS.

The Kroger Co
Doe, John
ABC Company

**DEFENDANTS**

### SUMMONS

TO: ABC COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Mohammadbagher Motevallialamoti**

**12600 Deerfield Parkway
Alpharetta, Georgia 30004**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 21st day of February, 2022.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-568

$198.00 COST PAID

Hendrix, Guy

**PLAINTIFF**

VS.

The Kroger Co
Doe, John
ABC Company

**DEFENDANTS**

**SUMMONS**

TO: DOE, JOHN

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Mohammadbagher Motevallialamoti**

**12600 Deerfield Parkway**
**Alpharetta, Georgia 30004**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 21st day of February, 2022.**

Clerk of State Court




Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-KYVNSWDV-UL5
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-568**

FEB 25, 2022 02:43 PM

State Court

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# AFFIDAVIT OF SERVICE

State of Georgia     County of Cobb

Case Number: 22-A-568

Plaintiff: **Guy Hendrix**
vs.
Defendant: **The Kroger Co, John Doe, and ABC Company**

For:
Samuel Johnson
Samuel Johnson and Associates
12600 Deerfield Parkway
Suite 425
Alpharetta, GA 30004

Received by Ancillary Legal Corporation on the 21st day of February, 2022 at 10:15 am to be served on **The Kroger CO c/o CSC of Cobb County, Inc, 192 Anderson Street Southeast, Suite 125, Marietta, GA 30060**.

I, William Collier, being duly sworn, depose and say that on the **22nd day of February, 2022** at **11:10 am**, I:

served **The Kroger CO c/o CSC of Cobb County, Inc** by delivering a true copy of the **Summons to The Kroger Co, Summons to ABC Company, Summons John Doe, Complaint, General Civil and Domestic Relations Case Filing Information Form,** to: CSC of Cobb County, Inc as **Registered Agent, BY LEAVING THE SAME WITH** Terri Thompson as **Authorized to accept** at the address of: **192 Anderson Street Southeast, Suite 125, Marietta, GA 30060**.

Additional Information pertaining to this Service:
2/22/2022  11:10 am  Perfected corporate service at 192 Anderson Street Southwest Suite 125 Marietta, GA 30060. Served Terri Thompson.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 135, Hair: Dark Brown, Glasses: N

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

_William Collier_
William Collier
Process Server

Subscribed and Sworn to before me on the 22nd day of February, 2022 by the affiant who is personally known to me.

_Sharon Robertson_
NOTARY PUBLIC

[Notary Seal: SHARON ROBERTSON, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, My Commission Expires November 8, 2025]

Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2022001771
Ref: Hendrix

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h



IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

IN RE: Permanent Process Server

Case Number:

**ORDER**

The application of the undersigned permanent process server, having been read and considered, said applicant is hereby appointed permanent process server of this court pursuant to O.C.G.A. 9-11-4(c), from the date of this order until January 16th, 2023.

SO ORDERED this 14TH day of January, 2022.

_____
Presiding Judge
Cobb County State Court

Applicant: William Collier    William Michael Collier
66 Gold Rush Circle 30320